Yiqing Geng

515 S. Flower St. 18th Floor

Los Angeles, CA 90071

Hongqing Liu

1163 Fairway Drive, Suite 105

City of Industry, CA 91789

Meng Fei Lui,

2082 Michelson Dr #212

Irvine, CA 92612

Xin He

501 West Foothill Boulevard

Monrovia, CA 91016

FANXIN ZENG,

849 S. Broadway, Suite 504

Los Angeles, CA 90014

Jing Lou

Law Offices of Bruce Altschuld

11633 San Vicente Boulevard, Suite 300

Los Angeles, CA 90049